| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) - |

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Malley, Kathleen M. | 2. Court or Organization<br><br>U.S. District Court, N.D. Ohio | 3. Date of Report<br><br>4/3/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address<br><br>801 W. Superior Avenue<br>Rm 16A<br>Cleveland, OH 44113-1840 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Judges' Committee, Federal Circuit Bar Association |
| 2. Member | US Judicial Conference Committee on Space & Facilities |
| 3. Member | Sixth Circuit Judicial Conference Space & Facilities Committee |
| 4. Chair | U.S. District Court, Northern District of Ohio, Space & Facilities Committee |
| 5. Member | National Academies, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence |
| 6. Advisory Board Member | University of Maryland School of Law, Intellectual Property Advisory Board |
| 7. Dean's Advisory Committee | Case Law School |
| 8. Master Bencher | Anthony J. Celebrezze Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 P 12: 51 FINANCIAL DISCLOSURE OFFICE RECEIVED

O'Malley_ Kathleen_M

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute - American Bar Association | February 27-March 1, 2008 | Scottsdale, AZ | Educational/Faculty | registration; transportation; lodging; meals |
| 2. | Association of Defense Trial Attorneys | April 9-10, 2008 | Charleston, SC | Educational/Speaker | transportation; lodging, meal, |
| 3. | Intellectual Property Law - American Bar Association | April 12, 2008 | Arlington, VA | Educational/Speaker | transportation |
| 4. | The National Academies | April 15, 2008 | Washington, DC | Education/Committee Memb. | transportation |
| 5. | The National Academies | June 16-17, 2008 | Washington, DC | Education/Committee Memb. | transportation |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report |
| O'Malley, Kathleen M. | | | | 4/3/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Federal Circuit Bar Association | June 25-28, 2008 | Monterey, CA | Annual Conference | registration; transportation; lodging; meals; miscellaneous |
| 7. American College of Trial Lawyers | September 25-28, 2008 | Toronto, Canada | Annual Meeting | registration; transportation; lodging; meals |
| 8. The National Academies | November 11-12, 2008 | Washington, DC | Education/Committee Memb. | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 - |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | D | Interest | M | T | | | | | |
| 2. Castle Harlan LLP | D | Distribution | K | U | | | | | |
| 3. Castle Harlan LLP | A | Int./Div. | K | W | | | | | |
| 4. Mid-Atlantic Fund of Funds | A | Int./Div. | J | W | | | | | |
| 5. Dinner Club, LLC | A | Interest | J | W | | | | | |
| 6. Dinner Club, LLC | B | Distribution | K | U | | | | | |
| 7. Mid-Atlantic fund of Funds | F | Distribution | K | U | | | | | |
| 8. Brokerage Acct #1 | | | | | | | | | |
| 9. -Montpelier Re Hldgs | A | Dividend | | | Sold | 6/05 | J | | |
| 10. -One Beacon Ins | A | Dividend | J | T | | | | | |
| 11. -White Mtn Ins | A | Dividend | J | T | Sold (part) | 9/18 | J | B | |
| 12. -Brown & Brown | A | Dividend | J | T | | | | | |
| 13. Citigroup (Y) | | | | | | | | | |
| 14. Legg Mason | A | Dividend | J | T | | | | | |
| 15. -MDC Holdings | A | Dividend | J | T | Sold (part) | 9/19 | J | | |
| 16. -Martin Marietta MTLS | A | Dividend | J | T | | | | | |
| 17. -Moodys Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Odyssey Re Hldgs | A | Dividend | K | T | Sold (part) | 15/17 | J | D | |
| 19. -Walmart Stores (Y) | | | | | | | | | |
| 20. -Wells Fargo | A | Dividend | | | Sold | 11/18 | J | | |
| 21. -Mohawk | | None | J | T | Sold (part) | 12/10 | J | | |
| 22. -Reserve Fund Interstate Tax Ex. | A | Interest | | | | | | | |
| 23. -Vanguard Prime Money Mkt (x) | A | Interest | K | T | Buy | 12/30 | K | | |
| 24. -Wellpoint (x) | | None | | | Buy | 6/20 | J | | |
| 25. -Wellpoint (x) | | None | | | Sold | 12/19 | J | | |
| 26. -Burlington North (x) | | None | J | T | Buy | 10/07 | J | | |
| 27. -Fairfax Financial (x) | | None | J | T | Buy | 8/01 | J | | |
| 28. -Fastenal Co. (x) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 29. -Leucadia National Corp (x) | | None | J | T | Buy | 11/10 | J | | |
| 30. -U.S. Bancorp (x) | A | Dividend | J | T | Buy | 12/12 | J | | |
| 31. -Vulcan Materials Co (x) | A | Dividend | J | T | Buy | 4/22 | J | | |
| 32. Brokerage Acct #2 | | | | | | | | | |
| 33. - White Mountain Ins (Y) | | | | | | | | | |
| 34. - MDC Holdings (Y) | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Martin Marietta (Y) | | | | | | | | | |
| 36. -Mohawk Industries (Y) | | | | | | | | | |
| 37. -Odyssey Re Hldgs (Y) | | | | | | | | | |
| 38. -UST Strip Int | A | Interest | J | T | Part Sale | 8/15 | J | B | |
| 39. -UST Strip Int | A | Interest | J | T | Part Sale | 5/15 | J | A | |
| 40. -Wells Fargo & Co (Y) | | | | | | | | | |
| 41. -Reserve Fund Interstate Tax Ex. | A | Interest | | | | | | | |
| 42. -Vanguard Prime Money Market (x) | A | Interest | K | T | Buy | 8/21 | K | | |
| 43. Ferris Baker Watts IRA #1 Cash Fund/MM | B | Interest | L | T | | | | | |
| 44. Ferris Baker Watts IRA | | | | | | | | | |
| 45. -Brown & Brown | A | Dividend | K | T | Buy | 3/17 | J | | |
| 46. -Legg Mason | A | Dividend | J | T | Sold (part) | 10/13 | J | | |
| 47. -MDC Holdings | A | Dividend | J | T | Sold (part) | 9/19 | J | | |
| 48. -Martin Marietta Mtls | A | Dividend | J | T | | | | | |
| 49. -Mohawk Industries | | None | | | Sold | 12/10 | J | | |
| 50. -Montpelier Re Hldgs | A | Dividend | | | Sold | 6/5 | J | | |
| 51. -Moody's Corp | A | Dividend | J | T | Buy | 7/24 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Odyssey Re Hldgs | A | Dividend | K | T | | | | | |
| 53. One Beacon Ins | A | Dividend | J | T | | | | | |
| 54. -Toll Brothers | | None | | | Sold | 6/10 | J | | |
| 55. -Wells Fargo Co | A | Dividend | | | Sold | 11/18 | K | | |
| 56. -White Mts Ins Grp | A | Dividend | J | T | Sold (part) | 9/18 | J | A | |
| 57. -Yum! Brands Inc | A | Dividend | K | T | | | | | |
| 58. -Citigroup (Y) | | | | | | | | | |
| 59. -US Treas Stripped | A | Interest | | | Redeemed | 10/30 | J | | |
| 60. -Walmart Stores (Y) | | | | | | | | | |
| 61. -White Mnts Ins Grp (Y) | | | | | | | | | |
| 62. -NVR Inc (x) | | None | | | Buy | 6/13 | J | | |
| 63. -NVR Inc (x) | | None | J | T | Sold (part) | 11/21 | J | | |
| 64. -Wellpoint Inc (x) | | None | | | Buy | 6/25 | J | | |
| 65. -Wellpoint Inc (x) | | None | | | Sold | 12/19 | J | | |
| 66. -Goldman Sachs (x) | | None | | | Buy | 11/19 | J | | |
| 67. -Goldman Sachs (x) | | None | | | Sold | 12/08 | J | A | |
| 68. -Berkshire Hathaway (x) | | None | J | T | Buy | 11/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Burlington (x) | | None | J | T | Buy | 10/10 | J | | |
| 70. -Fairfax Financial Holdings (x) | | None | J | T | Buy | 7/30 | J | | |
| 71. -Fastenal Co (x) | A | Dividend | J | T | Buy | 10/29 | J | | |
| 72. -Leucadia Nat'l Corp (x) | | None | J | T | Buy | 11/14 | K | | |
| 73. -US Bancorp (x) | A | Dividend | J | T | Buy | 12/17 | J | | |
| 74. Vulcan Materials Co (x) | A | Dividend | J | T | Buy | 2/27 | J | | |
| 75. -Legg Mason Stock | A | Dividend | J | T | Buy | 3/24 | J | | |
| 76. -Mohawk Industries | | | | | Buy | 6/16 | J | | |
| 77. -Wells Fargo | | None | | | Buy | 10/16 | J | | |
| 78. Charles Schwab 401K #1 (X) | | | | | | | | | |
| 79. -Vanguard Inst Index | A | Dividend | J | T | | | | | |
| 80. -Rainier Small/Midcap Equity | D | Dividend | L | T | | | | | |
| 81. -Schwab Mng Ret Trust-2010 | | None | M | T | | | | | |
| 82. -Schwab Mng Ret Trust-2020 | | None | K | T | | | | | |
| 83. -Scwab Mng Ret Trust-2030 | | None | K | T | | | | | |
| 84. -Vanguard Wellington Adm | C | Dividend | L | T | | | | | |
| 85. Minnesota Life Ins Policy Variable Adjustable Cash Value | | None | K | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Covington Pension Plan Cash Bal Acct | E | Interest | O | T | | | | | |
| 87. Covington & Burling Partnership LLP | D | Interest | N | W | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 4/3/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544